IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

RETINA CONSULTANTS P.C. DEFINED   *
BENEFIT PENSION PLAN and RETINA   *
CONSULTANTS, P.C., as Plan        *
Sponsor and Plan Administrator,   *
                                  *
    Plaintiffs,                   *
                                  *
        v.                        *      CV 119-037
                                  *
R. SCOTT BENJAMIN and SOUTH       *
STATE BANK f/k/a GEORGIA BANK     *
& TRUST,                          *
                                  *
    Defendants.                   *

## O R D E R

Before the Court is Defendants' unopposed motion for oral argument or, in the alternative, for leave to file responses to recent filings. (Doc. 37.) Upon due consideration, the motion is **DENIED IN PART** and **GRANTED IN PART**.

Defendants request oral argument on their motion to compel arbitration (Doc. 17) and Defendant South State Bank's motion to dismiss (Doc. 18). The Court **DENIES** Defendants' request for oral argument. The Court, however, **GRANTS** Defendants' unopposed request for leave to file responses to Plaintiffs' sur-replies (Docs. 34, 35). Defendants shall file their responses within **FOURTEEN (14) DAYS** from the date of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of August, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA